# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 29, 2020

**To:**    Roger A. G. Sharpe
        District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 20-1900

Caption:
CHADRICK FULKS,
Petitioner - Appellant

v.

T. J. WATSON, Warden,
Respondent - Appellee

District Court No: 2:15-cv-00033-JRS-MJD
Clerk/Agency Rep Roger A. G. Sharpe
District Judge James R. Sweeney

Date NOA filed in District Court: 05/28/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)