## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Chadrick Evan Fulks, | : | |
|      Petitioner-Appellant, | : | |
| | : | **DOCKETING STATEMENT** |
|      v. | : | |
| | : | **CASE NO. 20-1900** |
| T.J. Watson, Complex Warden, | : | |
| USP Terre Haute, United States of | : | **District Court No.** |
| America, | : | **2:15-cv-00333-JRS-MJD** |
|      Respondent-Appellee. | : | |

### I.     JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 2241.  Petitioner/Appellant Chadrick Evan Fulks is under sentence of death and currently incarcerated at USP Terre Haute in Terre Haute, Indiana.

### II.     JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Southern District of Indiana, entered on September 19, 2019 (denying habeas petition), and April 1, 2020 (denying timely Rule 59 motion), by the Honorable James R. Sweeney II. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court on May 28, 2020.

## III.    PRIOR LITIGATION INVOLVING THE SAME CONVICTION

This appeal relates to Petitioner/Appellant's death sentence under *United States v. Fulks*, 02-CR-992 (D.S.C.).  Petitioner's initial and successive proceedings under 28 U.S.C. § 2255 were docketed under the same number.  The direct appeal of the trial proceedings was docketed under *United States v. Fulks*, No. 04-33 (4th Cir.).  The appeal of the denial of Petitioner's motion under § 2255 was docketed under *United States v. Fulks*, No. 11-3 (4th Cir.).  Petitioner's application to file a second or successive § 2255 motion and the related litigation before the United States Court of Appeals for the Fourth Circuit was docketed under *United States v. Fulks*, No. 16-9 (4th Cir.).

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
claudia_vanwyk@fd.org
pete_williams@fd.org

Dated: June 1, 2020
Philadelphia, PA

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 1st day of June, 2020, a copy of

the forgoing was served via first class mail on the following people:

Joe Howard Vaughn, Esquire
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204–3048

Robert Frank Daley, Jr.
Kathleen Michelle Stoughton
Special Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201

/s/ Peter Williams