**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 20-1900

Short Caption: Fulks v. Watson

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

   [ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)     The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Chadrick Evan Fulks

(2)     The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 Peter Williams (counsel of record) and Claudia Van Wyk, address below, will appear for Chadrick Fulks in this court.

 A list of all law firms whose partners or associates have appeared previously for Mr. Fulks in this case is attached.

(3)     If the party, amicus or intervenor is a corporation:

        i)        Identify all its parent corporations, if any; and

        ii)       list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

(4)     Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

(5)     Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

---

Attorney's Signature: /s/ Peter Williams                    Date: 6/3/20

Attorney's Printed Name:  Peter Williams (counsel of record), Claudia Van Wyk

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).     **Yes** [✓]  **No** [ ]

Address:  Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Unit

         601 Walnut Street, Suite 545 West, Philadelphia, PA 19106

Phone Number: 215-928-0520                    Fax Number:  215-928-0826

E-Mail Address: pete_williams@fd.org (counsel of record); claudia_vanwyk@fd.org

                                                                      rev. 12/19 AK

**Fulks v. Watson, #20-1900**

**Previous Attorneys for Docketing Statement Question #2:**

**Trial Proceedings in the United States District Court for the District of South Carolina**

John Henry Blume, III
CORNELL LAW SCHOOL
159 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-1030

Sheri Lynn Johnson
CORNELL LAW SCHOOL
245 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-6478

William F. Nettles, IV
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
401 West Evans St.
Suite 105
Florence, SC 29501
843-662-1510

**Direct Appeal to the United States Court of Appeals for the Fourth Circuit:**

John Henry Blume, III
CORNELL LAW SCHOOL
159 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-1030

Sheri Lynn Johnson
CORNELL LAW SCHOOL
245 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-6478

Keir M. Weyble
BLUME & WEYBLE, L.L.C.
P.O. Box 11744
Columbia, SC 29211
 (803) 765-1044

William F. Nettles, IV
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
401 West Evans St.
Suite 105
Florence, SC 29501
843-662-1510

**Petition for Writ of Certiorari from the Direct Appeal:**

John Henry Blume, III
CORNELL LAW SCHOOL
159 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-1030

Sheri Lynn Johnson
CORNELL LAW SCHOOL
245 Hughes Hall
Ithaca, NY 14853-4901
Phone: (607) 255-6478

Keir M. Weyble
BLUME & WEYBLE, L.L.C.
P.O. Box 11744
Columbia, SC 29211
 (803) 765-1044

2

**28 U.S.C. § 2255 Proceedings in the District of South Carolina:**

William J. Watkins, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
550 South Main Street, Suite 400
Greenville, South Carolina 29601
(864) 255-5400

Beattie B. Ashmore
PRICE PASCHAL & ASHMORE, PA
644 E. Washington Street
Greenville, SC 29601
(864) 467-1001

Kirsten E. Small
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Officer Drawer 10648
Greenville, SC 29603
(864) 370-2211

Billy Horatio Nolas
Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545W
Philadelphia, Pennsylvania 19106
(215) 928-0520

Pro Bono Counsel:

Amy Laurendeau
David Dalke
Danielle Oakley
Kymberleigh Damron-Hsiao, Esq.
Stephanie L. Noble, Esq.
O'MELVENY & MYERS, LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-7926

**§ 2255 Appeal to the Fourth Circuit:**

Billy Horatio Nolas
Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545W
Philadelphia, Pennsylvania 19106
(215) 928-0520

**Petition for Writ of Certiorari from the § 2255 Appeal:**

Billy Horatio Nolas
Amy Gershenfeld Donnella
FEDERAL COMMUNITY DEFENDER OFFICE
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 Walnut Street, Suite 545W
Philadelphia, Pennsylvania 19106
(215) 928-0520