# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 5, 2020

**By the Court:**

| | |
|---|---|
| CHADRICK FULKS, | ] Appeal from the United |
|     Petitioner-Appellant, | ] States District Court |
| | ] for the Southern District |
| No. 20-1900          v. | ] of Indiana, Terre Haute |
| | ] Division. |
| T. J. WATSON, Warden, | ] |
|     Respondent-Appellee. | ] No. 2:15-cv-00033-JRS-MJD |
| | ] |
| | ] James R. Sweeney, II, |
| | ]     Judge. |

O R D E R

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning appellate jurisdiction.

In the present case, appellant's Circuit Rule 3(c) docketing statement fails to set forth the date on which the Rule 59 motion was filed.  Appellant must provide this information.  *See* Circuit Rule 28(a)(2)(ii).  Accordingly,

**IT IS ORDERED** that appellant file a complete statement of jurisdiction that includes the date that the Rule 59 motion was filed.  The statement is due on or before June 12, 2020.