# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Chadrick Evan Fulks, | : | |
| Petitioner-Appellant, | : | |
| | : | **CASE NO. 20-1900** |
| v. | : | |
| | : | |
| T.J. Watson, Complex Warden, | : | **District Court No.** |
| USP Terre Haute, United States of | : | **2:15-cv-00333-JRS-MJD** |
| America, | : | |
| Respondent-Appellee. | : | |

## REVISED DOCKETING STATEMENT WITH
## COMPLETE STATEMENT OF JURISDICTION

Pursuant to this Court's June 5, 2020 order directing Petitioner/Appellant

Chadrick Evan Fulks to file a complete statement of jurisdiction that includes the

date that Appellant's Rule 59 motion was filed before the district court, Appellant

hereby submits this revised docketing statement, which includes, inter alia, the

previously omitted date that the Rule 59 motion was filed (October 17, 2019) in the

jurisdictional statement. Appellant also corrects the date of the district court's denial

of his habeas corpus petition from September 19, 2019 to September 20, 2019.

## I.     JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the

United States pursuant to 28 U.S.C. § 2241. Appellant is under sentence of death and

currently incarcerated at USP Terre Haute in Terre Haute, Indiana.

## II.    JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Southern District of Indiana, entered on September 20, 2019 (denying habeas petition), and April 1, 2020 (denying timely Rule 59 motion), by the Honorable James R. Sweeney II. Appellant's Rule 59 Motion was filed on October 17, 2019. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

The Notice of Appeal was filed with the District Court on May 28, 2020.

## III.    PRIOR LITIGATION INVOLVING THE SAME CONVICTION

This appeal relates to Appellant's death sentence under *United States v. Fulks*, 02-CR-992 (D.S.C.). Appellant's initial and successive proceedings under 28 U.S.C. § 2255 were docketed under the same number. The direct appeal of the trial proceedings was docketed under *United States v. Fulks*, No. 04-33 (4th Cir.). The appeal of the denial of Appellant's motion under § 2255 was docketed under *United States v. Fulks*, No. 11-3 (4th Cir.). Appellant's application to file a second or successive § 2255 motion and the related litigation before the United States Court of Appeals for the Fourth Circuit was docketed under *United States v. Fulks*, No. 16-9 (4th Cir.).

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
claudia_vanwyk@fd.org
pete_williams@fd.org

Dated: June 8, 2020

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that, on this day, a copy of the foregoing was filed with the Clerk of Courts for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

I further certify that, on this day, I have served the foregoing via first class mail on the following people:

Robert Frank Daley, Jr.
Kathleen Michelle Stoughton
Special Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201

/s/ Peter Williams

Dated: June 8, 2020