Save As    Clear Form

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 20-1900

Short Caption: Fulks v. Watson

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief.  **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)    The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate  disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
 Chadrick Evan Fulks


(2)    The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
 Peter Williams (counsel of record) and Claudia Van Wyk, address below, will appear for Chadrick Fulks in this court

 and appeared for Mr. Fulks before the district court. See Document #4 for an exhaustive list of prior counsel.

(3)    If the party, amicus or intervenor is a corporation:

   i)        Identify all its parent corporations, if any; and

           N/A

   ii)       list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

           N/A

(4)    Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

       N/A

(5)    Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

       N/A

---

Attorney's Signature: /s/ Claudia Van Wyk        Date: 6/18/20

Attorney's Printed Name:  Claudia Van Wyk

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    **Yes** ☐  **No** ☑

Address:  Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Unit

      601 Walnut Street, Suite 545 West, Philadelphia, PA 19106

Phone Number: 215-928-0520        Fax Number:  215-928-0826

E-Mail Address: claudia_vanwyk@fd.org

rev. 12/19 AK

# CERTIFICATE OF SERVICE

I, Claudia Van Wyk, hereby certify that, on this day, a copy of the foregoing was filed with the Clerk of Courts for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

I further certify that, on this day, I have served the foregoing via first class mail on the following people:

Robert Frank Daley, Jr.<br>
Kathleen Michelle Stoughton<br>
Special Assistant United States Attorneys<br>
1441 Main Street, Suite 500<br>
Columbia, SC 29201

/s/ Claudia Van Wyk

Dated: June 18, 2020