# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 2, 2020

*By the Court:*

| No. 20-1900 | CHADRICK FULKS, Petitioner - Appellant |
| | |
| | v. |
| | |
| | T. J. WATSON, Warden, Respondent - Appellee |

| **Originating Case Information:** |
| --- |
| District Court No: 2:15-cv-00033-JRS-MJD Southern District of Indiana, Terre Haute Division District Judge James R. Sweeney |

Upon consideration of the **PETITIONER-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**, filed on July 1, 2020, by counsel for Appellant Chadrick Fulks,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by August 24, 2020.

2. The brief of the appellee is due by September 23, 2020.

3. The reply brief of the appellant, if any, is due by October 14, 2020.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)