# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 17, 2020

*By the Court:*

|  | CHADRICK FULKS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |
|---|---|
| No. 20-1900 | |

| **Originating Case Information:** |
|---|
| District Court No: 2:15-cv-00033-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney |

Upon consideration of the **PETITIONER-APPELLANT'S UNOPPOSED MOTION  FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**, filed on August 17, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.  The brief and required short appendix of the appellant are due by September 23, 2020.

2.  The brief of the appellee is due by October 23, 2020.

3.  The reply brief of the appellant, if any, is due by November 13, 2020.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at **http://www.ca7.uscourts.gov/cal/calendar.pdf**.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)