**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHADRICK EVAN FULKS, | : |
| | : |
| Petitioner-Appellant, | : CIVIL ACTION |
| | : (Capital Habeas Corpus) |
| v. | : |
| | : No. 20-1900 |
| T.J. WATSON, Warden, USP Terre Haute, | : |
| UNITED STATES OF AMERICA | : District Court No. |
| | : 2:15-cv-00333-JRS-MJD |
| Respondents-Appellees. | : |
| | : |

**PETITIONER-APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**

Petitioner-Appellant, Chadrick Evan Fulks, through counsel, respectfully moves this

Honorable Court for an extension of time from September 23, 2020, through and including

October 7, 2020, to file his Initial Brief.  This request is made pursuant to Fed. R. App. P. 26(b)

and Circuit Rule 26. An affidavit of counsel is attached.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

ATTORNEY FOR PETITIONER-
APPELLANT

Dated:  September 15, 2020

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

CHADRICK EVAN FULKS,

Petitioner-Appellant,

v.

T.J. WATSON, Warden, USP Terre Haute,
UNITED STATES OF AMERICA

  Respondents-Appellees.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
(Capital Habeas Corpus)


No. 20-1900

District Court No.
2:15-cv-00333-JRS-MJD

## AFFIDAVIT

Assistant Federal Defender Peter Williams, being duly sworn upon oath, deposes and states as follows:

1.     I am counsel for Chadrick Evan Fulks, Appellant in *Fulks v. Watson*, 20-1900, which is currently pending before this Court. I am submitting this affidavit in support of Appellant's Unopposed Motion for an Extension of Time to File Appellant's Initial Brief. This is Appellant's third request for an extension.

2.     Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death. Mr. Fulks was convicted and sentenced to death in the United States District Court for the District of South Carolina. His conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010). Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C.A. § 2255, which was denied. The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

3.       On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus in the United States District Court for the Southern District of Indiana. *Fulks v. Kreuger*, No. 2:15-cv-00333-JRS-MJD (S.D. Ind.), ECF No. 1. The district court appointed counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Mr. Fulks in his habeas corpus proceedings on February 1, 2016. ECF Nos. 20, 22. On March 8, 2019, counsel for Mr. Fulks filed an amended petition pursuant to 28 U.S.C. § 2241, which the district court denied on September 20, 2019. ECF Nos. 55, 73. The district court denied a timely motion to alter or amend judgment, pursuant to F.R.C.P. 59(e), on April 1, 2020. ECF No. 83. Mr. Fulks filed a timely notice of appeal on May 28, 2020. ECF No. 84.

4.       Appellant's initial brief is currently due on September 23, 2020. Appellant is respectfully requesting an additional fourteen days, up to and including October 7, 2020, to file the initial brief.

5.       I represent another federal death row prisoner, Alfred Bourgeois, before this Court in *Bourgeois v. Watson*, No. 20-1891. That case is the Government's appeal from the district court's grant of a stay of execution to allow Mr. Bourgeois to litigate a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Briefing has been completed on that case, including the brief of appellee, which was submitted on Mr. Bourgeois's behalf on July 16, 2020. I was extensively involved in the drafting of Mr. Bourgeois's brief and represented Mr. Bourgeois at oral argument on September 9, 2020. Associated counsel could not have taken my place in the oral argument for Mr. Bourgeois, and cannot take my place in the briefing of Mr. Fulks's appeal. My familiarity with the factual and legal issues addressed in both appeals requires my involvement in the *Fulks* briefing and required my involvement in the *Bourgeois* oral argument.

6.      Furthermore, Mr. Fulks's appeal is complex.  This appeal challenges, inter alia, the denial of review under 28 U.S.C. § 2241 of claims for relief based on Mr. Fulks's diagnosis of intellectual disability and the prohibition on the execution of the intellectually disabled set forth by *Atkins v. Virginia*, 536 U.S. 304 (2002).  Appellant must address, inter alia, (1) the evolution of the Supreme Court's jurisprudence on *Atkins* claims, *see e.g., Hall v. Florida*, 134 S. Ct. 1986 (2014), *Moore v. Texas (Moore-I)*, 137 S. Ct. 1039 (2017), and *Moore v. Texas* (*Moore-II*), 139 S. Ct. 666 (2019); (2) the substance of current diagnostic standards for intellectual disability – which were made binding on *Atkins* claims by the Supreme Court in *Moore-I*; (3) the threshold factors set forth by 28 U.S.C. § 2255(h) for the filing of a successive § 2255 motion; (4) the standard set forth by § 2255(e) (§ 2255's "savings clause"), which relates to when review of § 2241 is appropriate; and (5) the relationship between these diagnostic standards, the Supreme Court's *Atkins* jurisprudence, § 2255(h), and the savings clause.  Given the complexity of these issues and the significance of this capital case, counsel for Appellant cannot conduct the careful briefing and thorough research needed to provide this Court with a professionally adequate appellate brief by September 23, 2020.

7.      Accordingly, Appellant is requesting an extension of fourteen days – until October 7, 2020 – to file Appellant's initial brief.

8.      On September 15, 2020, I inquired regarding this extension request with counsel for Respondents, who indicated that Respondents-Appellees have no objection to the request. FURTHER AFFIANT SAYETH NOT.

3

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

Dated: September 15, 2020

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 15th day of September, 2020, a copy of the forgoing was served via ECF filing on the following person:

William A. Glaser, Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Suite 1264
Washington, D.C.
202-532-4495
William.Glaser@usdoj.gov

/s/ Peter Williams
Peter Williams