**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

|  |  |
|---|---|
| CHADRICK EVAN FULKS, | CIVIL ACTION |
| Petitioner-Appellant, | (Capital Habeas Corpus) |
| v. | No. 20-1900 |
| T.J. WATSON, Warden, USP Terre Haute, UNITED STATES OF AMERICA | District Court No. |
| Respondents-Appellees. | 2:15-cv-00333-JRS-MJD |

**PETITIONER-APPELLANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE APPELLANT'S INITIAL BRIEF**

Petitioner-Appellant, Chadrick Evan Fulks, through counsel, respectfully moves this Honorable Court for an extension of time from October 7, 2020, through and including October 21, 2020, to file his Initial Brief, in order to address yesterday's decision in *Bourgeois v. Watson*, No. 20-1891. This request is made pursuant to Fed. R. App. P. 26(b) and Circuit Rule 26. An affidavit of counsel is attached.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106 Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

ATTORNEY FOR PETITIONER-
APPELLANT

Dated:  October 7, 2020

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

|   |   |
|---|---|
| CHADRICK EVAN FULKS, | : |
| | : |
| Petitioner-Appellant, | : |
| | : |
| v. | : |
| | : |
| T.J. WATSON, Warden, USP Terre Haute, | : |
| UNITED STATES OF AMERICA | : |
| | : |
| Respondents-Appellees. | : |

CIVIL ACTION
(Capital Habeas Corpus)

No. 20-1900

District Court No.
2:15-cv-00333-JRS-MJD


**AFFIDAVIT**

Assistant Federal Defender Peter Williams, being duly sworn upon oath, deposes and states as follows:

1.　　I am counsel for Chadrick Evan Fulks, Appellant in *Fulks v. Watson*, 20-1900, which is currently pending before this Court.  I am submitting this affidavit in support of Appellant's Unopposed Motion for an Extension of Time to File Appellant's Initial Brief.  This is Appellant's fourth request for an extension.

2.　　Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death.  Mr. Fulks was convicted and sentenced to death in the United States District Court for the District of South Carolina.  His conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit.  *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010).  Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C.A. § 2255, which was denied.  The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

3.      On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus in the United States District Court for the Southern District of Indiana.  *Fulks v. Kreuger*, No. 2:15-cv-00333-JRS-MJD (S.D. Ind.), ECF No. 1.  The district court appointed counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Mr. Fulks in his habeas corpus proceedings on February 1, 2016.  ECF Nos. 20, 22. On March 8, 2019, counsel for Mr. Fulks filed an amended petition pursuant to 28 U.S.C. § 2241, which the district court denied on September 20, 2019.  ECF Nos. 55, 73.  The district court denied a timely motion to alter or amend judgment, pursuant to F.R.C.P. 59(e), on April 1, 2020.  ECF No. 83.  Mr. Fulks filed a timely notice of appeal on May 28, 2020.  ECF No. 84.

4.      Appellant's initial brief is currently due today, October 7, 2020, and counsel for Appellant intended to file the initial brief today. However, on October 6, 2020, at 2:53 pm CST, 3:53 pm EST, this Court issued its opinion in *Bourgeois v. Watson*, No. 20-1891, which is the Government's appeal from the district court's grant of a stay of execution to allow Mr. Bourgeois to litigate a claim of intellectual disability in habeas corpus proceedings held pursuant to 28 U.S.C. § 2241. *See* Doc. 38, *Bourgeois*, No. 1891 (7th Cir. Oct. 6, 2020). The newly issued *Bourgeois* opinion includes a number of holdings that are relevant to Appellant Fulks's case, and counsel for Appellant need time to review the *Bourgeois* opinion and incorporate it into their briefing.

5.      Additionally, I am counsel for Mr. Bourgeois in his ongoing litigation before this Court. In its October 6, 2020 opinion, the *Bourgeois* court reversed the grant of a stay of execution and issued an expedited schedule for the filing of Mr. Bourgeois's petition for rehearing. The *Bourgeois* court ruled that any petition for rehearing must be filed within seven days of its opinion (by October 13, 2020). Counsel for Bourgeois plan to file such a petition on

2

his behalf. Associated counsel cannot take my place in the briefing of either case. My familiarity with the factual and legal issues addressed in both appeals requires my involvement in the *Fulks* briefing and my involvement in the *Bourgeois* petition for rehearing.

6.      Accordingly, Appellant is requesting an extension of fourteen days – until October 21, 2020 – to file Appellant's initial brief so that counsel can incorporate the *Bourgeois* opinion in his initial brief and comply with the expedited timetable issued in the *Bourgeois* case.

7.      Appellant recognizes that this motion is being filed after the seven-day deadline contemplated by Circuit Rule 26. Counsel for Appellant could not comply with this deadline because the *Bourgeois* opinion was only issued yesterday.

8.      On October 7, 2020, I inquired regarding this extension request with counsel for Respondents, who indicated that Respondents-Appellees have no objection to the request.

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

Dated: October 7, 2020

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 7th day of October 2020, a copy of the forgoing was served via ECF filing on the following person:

William A. Glaser, Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Suite 1264
Washington, D.C.
202-532-4495
William.Glaser@usdoj.gov

/s/ Peter Williams
Peter Williams