UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CHADRICK FULKS, | ) | USCA No. 20-1900 |
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| v. | ) | District of Indiana, |
| | ) | Terre Haute Division |
| T. J. WATSON, Warden, | ) | |
| | ) | USDC No. 2:15-cv-00033-JRS-MJD |
| Respondent-Appellee. | ) | James R. Sweeney, II, *Judge*. |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Cindy J. Cho, hereby moves for leave to withdraw her appearance as counsel for the Respondent-Appellee, T.J. Watson. In support of this motion undersigned counsel states that on June 29, 2020, William A. Glaser, an attorney with the United States Department of Justice, Criminal Division, entered his appearance on behalf the Respondent-Appellee. (App. D. 9.)

WHEREFORE, the undersigned respectfully requests leave of this Court to withdraw her appearance in this matter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ Cindy J. Cho
Cindy J. Cho
Chief, Criminal Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2020, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the

Seventh Circuit by using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF

users and that service will be accomplished by the CM/ECF system to the

following:

Peter Williams
Claudia Van Wyk
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
pete_williams@fd.org
claudia_vanwyk@fd.org
Attorneys for Petitioner-Appellant

William A. Glaser
Attorney
U.S. Department of Justice
Criminal Division
William.Glaser@usdoj.gov
Attorney for Respondent-Appellee

s/ Cindy J. Cho
Cindy J. Cho
Chief, Criminal Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Cindy.Cho@usdoj.gov

2