# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | | Office of the Clerk |
|---|---|---|
| Room 2722 - 219 S. Dearborn Street | | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | | www.ca7.uscourts.gov |

## ORDER

October 28, 2020

*By the Court:*

| | CHADRICK FULKS, Petitioner - Appellant |
|---|---|
| No. 20-1900 | v. |
| | T. J. WATSON, Warden, Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:15-cv-00033-JRS-MJD |
| Southern District of Indiana, Terre Haute Division |
| District Judge James R. Sweeney |

Upon consideration of the **MOTION TO WITHDRAW AS COUNSEL**, filed on October 28, 2020, by Attorney Cindy J. Cho,

**IT IS ORDERED** that the motion is **GRANTED** and attorney Cindy J. Cho may withdraw from further involvement in this matter. Attorney William A. Glaser will continue to serve as counsel of record for the appellee. The clerk will update the docket accordingly.

form name: **c7_Order_BTC**(form ID: **178**)