**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHADRICK EVAN FULKS, | CIVIL ACTION |
| Petitioner-Appellant, | (Capital Habeas Corpus) |
| v. | |
| T.J. WATSON, Warden, USP Terre Haute, | No. 20-1900 |
| UNITED STATES OF AMERICA | District Court No. |
| Respondents-Appellees. | 2:15-cv-00333-JRS-MJD |

**PETITIONER-APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

Petitioner-Appellant, Chadrick Evan Fulks, through counsel, respectfully moves this

Honorable Court for an extension of time from January 11, 2021, through and including

February 1, 2021, to file his Reply Brief. This request is made pursuant to Fed. R. App. P. 26(b)

and Circuit Rule 26. An affidavit of counsel is attached.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

ATTORNEY FOR PETITIONER-
APPELLANT

</div>

Dated: December 31, 2020

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

CHADRICK EVAN FULKS,

Petitioner-Appellant,

v.

T.J. WATSON, Warden, USP Terre Haute,
UNITED STATES OF AMERICA

  Respondents-Appellees.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
(Capital Habeas Corpus)

No. 20-1900

District Court No.
2:15-cv-00333-JRS-MJD


### AFFIDAVIT

Assistant Federal Defender Peter Williams, being duly sworn upon oath, deposes and states as follows:

1. I am counsel for Chadrick Evan Fulks, Appellant in *Fulks v. Watson*, 20-1900, which is currently pending before this Court. I am submitting this affidavit in support of Appellant's Unopposed Motion for an Extension of Time to File Appellant's Reply Brief. This is Appellant's first request for an extension of time to file his reply.

2. Mr. Fulks is a federal prisoner at the United States Penitentiary at Terre Haute under a sentence of death. Mr. Fulks was convicted and sentenced to death in the United States District Court for the District of South Carolina. His conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010). Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C.A. § 2255, which was denied. The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

3.    On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus in the United States District Court for the Southern District of Indiana. *Fulks v. Kreuger*, No. 2:15-cv-00333-JRS-MJD (S.D. Ind.), ECF No. 1. The district court appointed counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Mr. Fulks in his habeas corpus proceedings on February 1, 2016. ECF Nos. 20, 22. On March 8, 2019, counsel for Mr. Fulks filed an amended petition pursuant to 28 U.S.C. § 2241, which the district court denied on September 20, 2019. ECF Nos. 55, 73. The district court denied a timely motion to alter or amend judgment, pursuant to F.R.C.P. 59(e), on April 1, 2020. ECF No. 83. Mr. Fulks filed a timely notice of appeal on May 28, 2020. ECF No. 84.

4.    After the court granted extension motions on July 2, August 18, September 16, and October 7, 2020, Appellant filed his initial brief on October 21, 2020. The Government, after seeking and receiving an extension on November 12, 2020, filed its brief on December 20, 2020.

5.    The Court's order granting the Government's extension motion set a due date of January 11, 2021, for Appellant's reply.

6.    Mr. Fulks's appeal is complex. The appeal challenges, inter alia, the denial of review under 28 U.S.C. § 2241 of claims for relief based on *Atkins v. Virginia*, 536 U.S. 304 (2002). It involves a discussion of (1) the evolution of the Supreme Court's jurisprudence on *Atkins* claims, *see e.g., Hall v. Florida*, 134 S. Ct. 1986 (2014), *Moore v. Texas (Moore-I)*, 137 S. Ct. 1039 (2017), and *Moore v. Texas* (*Moore-II*), 139 S. Ct. 666 (2019); (2) the *Atkins* jurisprudence set forth by the United States Court of Appeals for the Fourth Circuit that preceded the issuance of *Hall*, *Moore-I*, and *Moore-II*; (3) the substance of current diagnostic standards for intellectual disability—which were made binding in *Atkins* claims by the Supreme Court in

*Moore-I*; (4) the threshold factors set forth by 28 U.S.C. § 2255(h) for the filing of a successive § 2255 motion; and (5) the standard set forth by § 2255(e) (§ 2255's "savings clause"), which relates to when review under § 2241 is appropriate.

7.     In its brief, the Government has raised a number of arguments relating to all of the above issues to which counsel for Mr. Fulks wish to respond. These include, inter alia, arguments that were not made before the district court relating to the Fourth Circuit's *Atkins* jurisprudence, the content of prior the diagnostic standards, and Mr. Fulks's diagnosis of intellectual disability.  *See* Brief of Appellee at 34-39, 42-50, 50-51.  Given the complexity of the appeal, the significance of this capital case, and the fact that some of the arguments were not developed below, counsel for Appellant cannot conduct the careful briefing and thorough research needed to provide this Court with a professionally adequate reply brief by January 11, 2021.  Accordingly, counsel request an additional twenty-one days, until February 1, 2021, to submit their reply brief on behalf of Mr. Fulks.

8.     On December 31, 2020, I inquired regarding this extension request with counsel for Respondents, who indicated that Respondents-Appellees have no objection to the request. FURTHER AFFIANT SAYETH NOT.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

</div>

Dated: December 31, 2020

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 31st day of December 2020, a copy of the forgoing was served via ECF filing on the following person:

William A. Glaser, Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Suite 1264
Washington, D.C.
202-532-4495
William.Glaser@usdoj.gov


/s/ Peter Williams
Peter Williams