# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 4, 2021

*By the Court:*

| | |
|---|---|
| No. 20-1900 | CHADRICK FULKS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:15-cv-00033-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney | |

Upon consideration of the **PETITIONER-APPELLANT'S UNOPPOSED MOTION  FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**, filed on December 31, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.      The reply brief of the appellant, if any, is due by February 1, 2021.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at **http://www.ca7.uscourts.gov/cal/calendar.pdf**.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)