No. 20-1900

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CHADRICK EVAN FULKS,
*PETITIONER-APPELLANT,*

v.

T.J. WATSON, WARDEN, USP TERRE HAUTE,
UNITED STATES OF AMERICA,
*RESPONDENTS-APPELLEES.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:15–cv–00333, Hon. James R. Sweeney II, U.S.D.J.

**PETITIONER-APPELLANT'S MOTION FOR
LEAVE TO FILE AN OVERLENGTH REPLY BRIEF**

Petitioner-Appellant Chadrick Fulks respectfully requests leave to file an

overlength reply brief of up to and including 9,500 words. In support of this

request, Mr. Fulks states as follows:

1.      Mr. Fulks is a federal prisoner at the United States Penitentiary at

Terre Haute under a sentence of death.  Mr. Fulks was convicted and sentenced to

death in the United States District Court for the District of South Carolina.  His

conviction and sentence were affirmed by the United States Court of Appeals for

the Fourth Circuit.  *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2010).  Mr. Fulks

filed a motion to vacate the convictions and sentence and for a new trial pursuant

to 28 U.S.C.A. § 2255, which was denied.  The denial was affirmed on appeal. *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).

2.     On January 29, 2015, Mr. Fulks filed a *pro se* Petition for Writ of Habeas Corpus in the United States District Court for the Southern District of Indiana.  *Fulks v. Kreuger*, No. 2:15-cv-00333-JRS-MJD (S.D. Ind.), ECF No. 1. The district court appointed counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Mr. Fulks in his habeas corpus proceedings on February 1, 2016.  ECF Nos. 20, 22.  On March 8, 2019, counsel for Mr. Fulks filed an amended petition pursuant to 28 U.S.C. § 2241, which the district court denied on September 20, 2019.  ECF Nos. 55, 73.  The district court denied a timely motion to alter or amend judgment, pursuant to F.R.C.P. 59(e), on April 1, 2020.  ECF No. 83.  Mr. Fulks filed a timely notice of appeal on May 28, 2020.  ECF No. 84.

3.     After the court granted extension motions on July 2, August 18, September 16, and October 7, 2020, Appellant filed his initial brief on October 21, 2020.  The Government, after seeking and receiving an extension on November 12, 2020, filed its brief on December 20, 2020.

4.     The Court's order granting the Government's extension motion set a due date of January 11, 2021, for Appellant's reply.  This Court granted Mr. Fulks a 21-day extension of that date, and the reply brief is due on February 1, 2021.

5.    In its brief, the Government has raised a number of arguments to which counsel for Mr. Fulks wish to respond.  These include, inter alia, arguments that were not made before the district court relating to the Fourth Circuit's *Atkins* jurisprudence, the content of prior diagnostic standards, and Mr. Fulks's diagnosis of intellectual disability.  *See* Brief of Appellee at 34-39, 42-50, 50-51.  Given the complexity of the appeal, the significance of this capital case, and the fact that some of the arguments were not developed below because the Government did not raise them, counsel for Appellant cannot present his arguments in sufficient detail to adequately assist the Court within the ordinary limit of 7,000 words.  *See* Seventh Circuit Rule 32(c).  Counsel have attempted to meet that limitation, and have attempted to state Mr. Fulks's position as concisely as possible.  However, counsel have found themselves unable to prepare adequate arguments on all the necessary issues without exceeding the 7,000-word limit.  Given the complexity of the issues and the significance of this case, counsel request permission to file an overlength brief of up to and including 9,500 words.

Wherefore, it is respectfully requested that this Honorable Court grant leave for the filing of an overlength reply brief.

Respectfully submitted,

/s/ *Peter Williams*
Peter Williams
   *Counsel of Record*
Claudia Van Wyk
Katherine Thompson
Assistant Federal Defenders
Federal Community Defender Office for
   the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215–928–0520

Dated:  January 28, 2021

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 571 words excluding the parts of the pleading exempted by Fed. R. App. P. 32(f).

This motion complies with Fed. R. App. P. 27(d)(1)(E) and Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman.

/s/ *Peter Williams*
Peter Williams

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams