# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 29, 2021

Before

**MICHAEL Y. SCUDDER,** *Circuit Judge*

|  |  |
|---|---|
| No. 20-1900 | CHADRICK FULKS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:15-cv-00033-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney |

Upon consideration of the **PETITIONER-APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY BRIEF**, filed on January 28, 2021, by counsel for the appellant, by Appellant Chadrick Fulks,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant is granted leave to file a reply brief that does not exceed 9,500 words.

form name: **c7_Order_3J**(form ID: **177**)