# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| ***LEIGH M. SKIPPER*** | PHONE NUMBER (215) 928-0520 | ***HELEN A. MARINO*** |
| CHIEF FEDERAL DEFENDER | FAX NUMBER     (215) 928-0826 | FIRST ASSISTANT FEDERAL |
| | FAX NUMBER     (215) 928-3508 | DEFENDER |

February 3, 2021

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

       **Re:**    *Fulks v. Watson, et. al.*, **Case No. 20-1900**

Dear Clerk of Court:

    Claudia Van Wyk and I are counsel for Petitioner/Appellant Chadrick Fulks in the above captioned matter. We write to respectfully request that any oral argument in this case be scheduled on a date other than June 21, 2021 through June 25, 2021. On January 20, 2021, I was informed that an evidentiary hearing that I am handling in another matter will be scheduled for Wednesday, June 23, 2021 to Friday, June 25, 2021. I will require the remainder of the week of June 21, 2021 for preparation and travel.

                Respectfully submitted,

                /s/Peter Williams
                Peter Williams, Counsel of Record
                Claudia Van Wyk
                Federal Community Defender Office
                for the Eastern District of Pennsylvania
                601 Walnut Street, Suite 545 West
                Philadelphia, PA 19106
                (215) 928-0520

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams