Case: 20-1900   Document: 44   Filed: 05/28/2021   Pages: 1

# United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street - Room 2722
Chicago, IL 60604



Appeal No(s):  20-1900

Short Title:    Chadrick Fulks v. T.J. Watson

Argument Date:   June 7, 2021

I will be presenting oral argument for:

For Appellant/Petitioner: ✓         For Appellee/Respondent: ☐

Fill out one argument card per side:

| Attorney(s)* | Party Name(s) | Assigned Minutes | Rebuttal Time Appellants Only |
|---|---|---|---|
| Peter Williams | Chadrick Fulks | 30 | 5 |

*Note: If there are multiple attorneys arguing, please indicate the order and the amount of time each attorney will be arguing.

Circuit Rule 34(a) requires that counsel who will be presenting oral argument must notify the Clerk of that fact. Therefore the names of such counsel must be listed above, and the form returned to the Clerk **not later than five days before the argument**. Please list the names of all attorneys who will be presenting oral argument on your "side" of this appeal. At the top of the form check whether those counsel represent the appellant/petitioner or the appellee/respondent. Attorneys who will present oral argument certify that they are admitted to practice in this Court and they have filed a Disclosure Statement pursuant to Circuit Rule 26.1.