# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr>
<td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td>
<td></td>
<td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td>
</tr>
</table>

## FINAL JUDGMENT

July 19, 2021

Before

**ILANA DIAMOND ROVNER**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*

|  |  |
|---|---|
| No. 20-1900 | CHADRICK FULKS,<br>    Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>    Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:15-cv-00033-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)