No. 20-1900

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

CHADRICK FULKS,
*Petitioner/Appellant,*

v.

SUPERINTENDENT,
USP-Terre Haute,
UNITED STATES OF AMERICA,
*Respondents/Appellees.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:15–cv–00033, Hon. James R. Sweeney II

**PETITIONER-APPELLANT'S MOTION FOR
LEAVE TO FILE AN OVERLENGTH PETITION
FOR REHEARING EN BANC OR PANEL REHEARING**

Petitioner-Appellant Chadrick Fulks respectfully requests leave to file an overlength petition for rehearing en banc or panel rehearing. In support of this request, Mr. Fulks states as follows:

1.      Chadrick Fulks is a death-sentenced federal prisoner on death row in Terre Haute, Indiana. On July 19, 2021, this Court issued an opinion in the above captioned matter affirming the district court's dismissal of Mr. Fulks's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. Mr. Fulks must file any

petition for rehearing en banc or panel rehearing within 45 days of the July 19, 2021 opinion, which is by September 2, 2021. Fed. R. App. P. 35(c), 40(a)(1).

2.     Mr. Fulks requests permission to file an overlength petition for rehearing en banc or panel rehearing. This case involves a claim of intellectual disability in a death penalty case in the context of a request for review under the savings clause of 28 U.S.C. § 2255(e). Mr. Fulks wishes to address the Panel's decision as it relates to *Atkins v. Virginia*, 536 U.S. 304 (2002), *Moore v. Texas*, 137 S. Ct. 1039 (2017), *Webster v. Daniels*, 784 F.3d 1123 (7th Cir. 2015), *Webster v. Watson*, 975 F.3d 667 (7th Cir. 2020), and *Bourgeois v. Watson*, 977 F.3d 620 (7th Cir. 2020).

3.     Counsel have attempted to meet the Court's limit of 3900 words, and have attempted to state Mr. Fulks's position as concisely as possible while still providing this Court with professionally adequate briefing. However, counsel are unable to do so. Given the complexity of the issues and the significance of this case, counsel request permission to file an overlength brief of up to and including 5400 words.

Wherefore, it is respectfully requested that this Honorable Court grant leave for the filing of an overlength petition for rehearing en banc or panel rehearing and permit Mr. Fulks to submit an overlength brief of up to and including 5400 words.

Respectfully submitted,

/s/ *Peter Williams*
Peter Williams
   *Counsel of Record*
Claudia Van Wyk
Assistant Federal Defenders
Federal Community Defender Office for
   the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215–928–0520

Dated:  August 30, 2021

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 322 words excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This motion complies with Fed. R. App. P. 27(d)(1)(E) and Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman.

/s/ *Peter Williams*
Peter Williams

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Peter Williams*
Peter Williams