# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 1, 2021

*By the Court:*

| | |
|---|---|
| No. 20-1900 | CHADRICK FULKS,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:15-cv-00033-JRS-MJD
Southern District of Indiana, Terre Haute Division
District Judge James R. Sweeney

Upon consideration of the **PETITIONER-APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH PETITION FOR REHEARING EN BANC OR PANEL REHEARING**, filed on August 30, 2021, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant may file a 5400-word petition for rehearing en banc.  The petition for rehearing is due by September 2, 2021.

form name: **c7_Order_BTC**    (form ID: **178**)