# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE A RESPONSE TO PETITION FOR REHEARING EN BANC

September 15, 2021

| | |
|---|---|
| No. 20-1900 | CHADRICK FULKS,<br>        Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>        Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:15-cv-00033-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney | |

A Petition for Rehearing and Petition for Rehearing En Banc was filed by counsel for appellant on September 2, 2021.

Counsel for appellee is requested to file a response to the petition by September 29, 2021. Counsel shall file thirty (30) copies of the response, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(b)*. The cover of the response, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.

form name: **c7_ResponseToEnbancRehearingRequest**    (form ID: **246**)