# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CHADRICK EVAN FULKS, | : | CIVIL ACTION |
| | : | (Capital Habeas Corpus) |
| Petitioner-Appellant, | : | |
| | : | |
| v. | : | No. 20-1900 |
| | : | |
| T.J. WATSON, Warden, USP Terre | : | District Court No. |
| Haute, UNITED STATES OF | : | 2:15-cv-00333-JRS-MJD |
| AMERICA, | : | |
| | : | |
| Respondents-Appellees. | : | |

## PETITIONER-APPELLANT'S MOTION FOR PERMISSION TO FILE REPLY IN SUPPORT OF REHEARING OR REHEARING EN BANC

Petitioner-Appellant, Chadrick Evan Fulks, through counsel, respectfully moves this Honorable Court for permission to file a reply in support of his petition for rehearing or rehearing en banc, and submits the following in support:

1.      On July 19, 2021, this Court affirmed the district court's dismissal of Mr. Fulks's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *Fulks v. Watson*, 4 F.4th 586 (7th Cir. 2021). Mr. Fulks petitioned for rehearing en banc or panel rehearing on September 2, 2021. The Government, at the Court's direction, filed its response in opposition on September 24, 2021.

2.      The Government's response contains statements of fact and law that, in the judgment of Mr. Fulks's counsel, require correction or reply.   Mr. Fulks

accordingly requests permission to file this 1681 word reply to the Government's response.

3.     On October 1, 2021, undersigned counsel exchanged email messages with AUSA William Glaser, who indicated that the government takes no position on this motion to file a reply.

4.     Mr. Fulk's proposed reply has been filed concurrently with this motion.

## CONCLUSION

For these reasons, the Court should grant Mr. Fulks permission to file a reply of no more than 1681 words.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
CLAUDIA VAN WYK
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

*Attorneys For Petitioner-Appellant*

Dated:     October 4, 2021

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this 4th day of October 2021 a copy of the forgoing was served via ECF filing on the following person:

William A. Glaser, Esq.
U.S. Department of Justice
950 Pennsylvania Ave. NW
Suite 1264
Washington, D.C.
202-532-4495
William.Glaser@usdoj.gov


/s/ Peter Williams
Peter Williams