# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 4, 2021

*By the Court*:

| | |
|---|---|
| | CHADRICK FULKS, <br>       Petitioner - Appellant |
| No. 20-1900 | v. |
| | T. J. WATSON, Warden, <br>       Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:15-cv-00033-JRS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney | |

Upon consideration of the **PETITIONER-APPELLANT'S MOTION FOR PERMISSION TO FILE REPLY IN SUPPORT OF REHEARING OR REHEARING EN BANC**, filed on October 4, 2021, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of the court is directed to file the reply in support of rehearing or rehearing en banc.

form name: **c7_InstanterOrderFiled**    (form ID: **123**)