# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 11, 2022

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

No. 20-1900

| | |
|---|---|
| CHADRICK FULKS | Appeal from the United States District |
|     *Petitioner-Appellant,* | Court for the Southern District of |
|   *v.* | Indiana, Terre Haute Division. |
| T.J. WATSON, Warden | No. 2:15-cv-00033 |
|     *Respondent-Appellee.* | |
| | James R. Sweeney II, *Judge*. |

**O R D E R**

Petitioner-appellant filed a petition for rehearing and rehearing *en banc* on September 2, 2021. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing. The petition for rehearing and rehearing *en banc* is therefore DENIED.