# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 7, 2022

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

U.S.C.A. – 7th Circuit
R E C E I V E D

JUN 1 0 2022  MLM

Re:  Chadrick Fulks
     v. T.J. Watson, Warden
     Application No. 21A792
     (Your No. 20-1900)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Barrett, who on June 7, 2022, extended the time to and including August 8, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Peter Konrad Williams
Federal Community Defender Office for the E.D. Pa.
601 Walnut Street
Suite 545 West
Philadelphia, PA  19106

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604