# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 10, 2022

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

      Re:  Chadrick Fulks
          v. T. J. Watson, Warden
          No. 22-5329
          (Your No. 20-1900)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 8, 2022 and placed on the docket August 10, 2022 as No. 22-5329.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst